# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 22-cv-00930-RM-SKC

YAJIA HU SCHWARTZ, as trustee of the Yajia Hu Schwartz Revocable Trust,

    Plaintiff,

v.

JAMES AND CHRISTINA ADAMS FAMILY TRUST,
JAMES ADAMS,
CHRISTINA ADAMS,
MICHAEL K. HAGEMANN, and
M.K. HAGEMANN, P.C.,

    Defendants,

and

JAMES AND CHRISTINA ADAMS FAMILY TRUST,

    Third-Party Plaintiff,

v.

YAJIA HU SCHWARTZ,
MARK ALAN SCHWARTZ,
MARK ALAN SCHWARTZ, as trustee of the Mark Alan Schwartz Revocable Living Trust Number One Dated December 14, 1999,
MARK ALAN SCHWARTZ and YAJIA HU SCHWARTZ, as co-trustees of the Axis Investments Holding Trust,
EAGLEBANK, and
TITLE COMPANY OF THE ROCKIES, LLC, a Colorado limited liability company,

    Third-Party Defendants.

---

## ORDER

---

Before the Court is the Unopposed Motion to Interplead Disputed Funds (ECF No. 23) by

Third-Party Defendant Title Company of the Rockies, LLC ("TCR"), the title insurance

company holding $120,000 of earnest money at the heart of this dispute concerning a failed real estate purchase agreement.

TCR seeks permission to deposit the disputed funds into the Court registry in accordance with Fed. R. Civ. P. 67 and D.C.COLO.LCivR 67.2 and an Order discharging it from liability to the other parties, enjoining the other parties from instituting any action against it involving the disputed funds, and dismissing it with prejudice.

Having reviewed the Motion and being otherwise fully advised, the Motion is GRANTED.

DATED this 22nd day of June, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge